✎ AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ NEVADA _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>CRYSTAL WALKER | **ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**<br><br>CASE NUMBER:   2:13-mj-0140-PAL<br><br>CHARGING DISTRICTS<br>CASE NUMBER:   13 MAG 0437 |

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the ____Southern____ District of ____New York____ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the ____(Not Applicable)____
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) ____(As ordered)____ on ____(As ordered)____ .
*Date and Time*

____*Signature of Judge*____

| | |
|---|---|
| 2/21/2013<br>*Date* | PEGGY A. LEEN, United States Magistrate Judge<br>*Name and Title of Judge* |